**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael F. MATTHEWS, Defendant–**
**Appellant.**

No. 15–6010.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 17, 2015.

Decided: March 20, 2015.

Michael F. Matthews, Appellant Pro Se. Peter Sinclair Duffey, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON and KING, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael F. Matthews appeals the district court's order denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Matthews*, No. 3:07–cr–00226–REP–1 (E.D.Va. Dec. 8, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*